IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAROL TUCKER,

    Plaintiff,

vs.                              CASE NO. 3:08cv239/RS-EMT

BOB INZER,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed because of lack of jurisdiction.

3. The clerk is directed to close the file.

**ORDERED** on July 22, 2008.


                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**